UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Louis Iudiciani, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>The Seyboth Team Real Estate Inc. d/b/a Century 21 Limitless,<br><br>Defendant. | CASE NO. 1:23-cv-00443-MSM-LDA |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

The Seyboth Team Real Estate Inc. d/b/a Century 21 Limitless ("Defendant") hereby moves this Honorable Court for an extension up to and through November 21, 2025 within which to object to Plaintiff's Motion for Class Certification (Doc. 35).

In support of its motion, Defendant states as follows:

The parties have agreed to participate in private mediation. They are in the process of selecting a mediator and expect to schedule a remote mediation session in December. The parties wish to conduct mediation before the putative class is certified, and to that end have agreed in principle to continue Defendant's objection date until after mediation, subject to the parties reaching an agreement as to the mediator and the mediation date. The parties anticipate another similar request will follow once the parties have confirmed that agreement. Defendant's counsel has conferred with Plaintiff's counsel, Alex D. Kruzyk, Esq., regarding this motion. Plaintiff's counsel indicated that Defendant may represent to the Court that the motion is unopposed.

Wherefore, Defendant respectfully requests that the Court grant its Motion for Extension of Time and allow Defendant up to and including November 21, 2025 to file its objection to the motion for class certification.

        Defendant,
        The Seyboth Team Real Estate Inc.,
        By and through their attorneys,

*__Michael J. Lepizzera, Jr.__*
Michael J. Lepizzera, Jr. (#4995)
Allan W. Fung (#5363)
Robert A. D'Alfonso, Jr. (#9153)
Lepizzera & Laprocina Counsellors at Law, Ltd.
117 Metro Center Blvd., Suite 2001
Warwick, RI 02886
Tel: (401) 739-7397
Fax: (401) 691-3538
Email: MLepizzera@LepLap.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2025, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Taylor Dalton*
Taylor Dalton